PATRICK J. CIMMARUSTI, State Bar No. 224832
   patrick@cimmarustilaw.com
MICHAEL C. MAUCERI, State Bar No. 311220
   michael@cimmarustilaw.com
**CIMMARUSTI LAW CORPORATION**
620 North Brand Boulevard, Suite 400
Glendale, California 91203-4220
Telephone: 323.703.5900
Facsimile:  323.271.4050
eservice@cimmarustilaw.com

Attorneys for Defendant
LEGENDS HOSPITALITY, LLC

# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MARIBOJOC, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>LEGENDS HOSPITALITY, LLC, a limited liability corporation; STADCO, LLC, a limited liability corporation; and DOES 1 to 30, inclusive,<br><br>    Defendants. | FEDERAL CASE NO.<br><br>[Los Angeles Superior Court Case No. 23TRCV01584]<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LEGENDS HOSPITALITY, LLC**<br><br><br>Action Filed:  May 18, 2023<br>Trial Date:     None |

Defendant LEGENDS HOSPITALITY, LLC by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

DATED: November 14, 2023   **CIMMARUSTI LAW CORPORATION**

By: _____
Patrick J. Cimmarusti
Michael C. Mauceri
Attorneys for Defendant
LEGENDS HOSPITALITY, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 620 N. Brand Blvd., Suite 400, Glendale, CA 91203-4220.

On November 14, 2023, I served true copies of the following document(s) described as **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LEGENDS HOSPITALITY, LLC** on the interested parties in this action as follows:

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent via e-mail to the individuals at the e-mail addresses listed in the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 14, 2023, Glendale, California.

_Michelle Cimmarusti_

Michelle Cimmarusti

# SERVICE LIST
**Victor Maribojoc v. Legends Hospitality, LLC, et al.**

| | |
|---|---|
| Jared R. Pursley, Esq.<br>PURSLEY LAW FIRM, APC<br>601 Palomar Airport Road, Number 300<br>Carlsbad, CA 92011 | Attorneys for Plaintiff<br>VICTOR MARIBOJOC<br><br>T:   (760) 282-4034<br>F:   (760) 867-2696<br><br>jared@pursleylegal.com |
| Philip Weiss, Esq.<br>AGAJANIAN, McFALL, WEISS TETREAULT & CRIST, LLP<br>346 N. Larchmont Blvd.<br>Los Angeles, CA 90004 | Attorneys for Defendant<br>STADCO LA, LLC<br><br>T:   (323) 993-0198<br><br>phil@agajanianlaw.com |

CIMMARUSTI LAW CORPORATION
620 North Brand Boulevard, Suite 400
Glendale, California 91203-4220
Telephone 323.703.5900
Facsimile 323.271.4050

4
RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LEGENDS HOSPITALITY, LLC