JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MARIBOJOC, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> LEGENDS HOSPITALITY, LLC, et al., <br><br>  Defendants. | Case No. CV 23-9743-MWF(PVCx) <br><br> ORDER GRANTING STIPULATION OF DISMISSAL |

The Court has reviewed the parties' Stipulation of Dismissal filed May 8, 2024. (Docket No. 20). The Court GRANTS the parties' request and ORDERS this action dismissed with prejudice as to all claims, causes of action, and parties.

**IT IS SO ORDERED.**

Dated: May 9, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge